IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMBER SIEKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12-cv-03222-CRZ |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Zwart |
| | ) | |
| LIGHTHOUSE RECOVERY | ) | |
| ASSOCIATES, LLC., and | ) | |
| ROBERT BARRY, JR., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Date:  December 3, 2013

| | |
|---|---|
| **For Plaintiff,** | **For Defendants,  Lighthouse Recovery** |
| **Amber Siekman** | **Associates, LLC., and Robert Barry, Jr.** |
| /s David M. Marco | s/ with consent Jonathan A. Hagn |
| SMITHMARCO, P.C. | Jonathan A. Hagn, P.C. |
| 205 North Michigan Avenue, Suite 2940 | 1525 Josephine St. |
| Chicago, IL 60601 | Denver, CO 80206 |
| Telephone:   (312) 546-6539 | Telephone:   (303) 399-3066 |
| Facsimile:    (888) 418-1277 | Facsimile:    (303) 942-3706 |
| E-Mail:        dmarco@smithmarco.com | E-Mail:        jah@jahpc.com |