IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMBER SIEKMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIGHTHOUSE RECOVERY ASSOCIATES, LLC., ROBERT BARRY, JR.,<br><br>　　　　　Defendants. | **4:12CV3222**<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the the parties' stipulation for dismissal of this case, (filing no. 24),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the defendants are dismissed with prejudice, each party to pay their own costs and attorney fees.

December 5, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge